June 2, 2021

Honorable Craig T. Goldblatt

United States Bankruptcy Court
District of Delaware
824 North Market Street
Courtroom #2
Wilmington, DE 19801

**FILED**

2021 JUN -7 AM 8: 46

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

RE: Case #21-10831 (CTG) Chapter 11

Dear Judge Goldblatt,

I am one of the many investors of Hospitality Investors Trust, Inc. that was recently made aware of their filing for bankruptcy, and was told of your concern for the investors…thank you. Of the many attorneys that I am sure are involved, I was not told of any that are working on behalf of the investors, which is why I am writing you. I am 67 years old, recently widowed and still working for health insurance coverage to supplement my Medicare. My husband did not have life insurance but we were fortunate enough to have investments that have given me a level of comfort but by no means an extravagant life. I am sure there are many of the investors that are in similar situations and count on the income from their investments. Those of us who have worked and saved their whole life so that they could count on some security in their retirement are put in a financially vulnerable position should the bankruptcy go through without a fair compensation to the investors. I was told that the amount of $6.00 per share was being considered (I don't know how to verify that) and considering that the recent market price was around $8.50 per share, that seems reasonable to me (and I hope to the other investors also) so I would like to encourage your support of that.

I honestly don't know if my writing you is out of line or not, but if this letter does make it before you, then I appreciate your time taken to read it and give it some consideration.

Sincerely,

*Kathleen A. Ward*

Kathleen A. Ward
644 Avenue H
Boulder City, NV 89005
702-930-4294