**Hillary J Wertlieb CWS®**
Financial Professional - Certified Wealth Strategist



Honorable Craig T Goldblatt

United States Bankruptcy Court

District of Delaware

824 North Market Street

Courtroom #2

Wilmington, DE 19801

RE: Case #21-10831 (CTG) Chapter 11

Dear Judge Goldblatt,

We are writing this letter on behalf of our clients who invested in the Hospitality Investors Trust.

This investment has created great hardship for our clients who purchased the product in good faith.

The clients' statements until recently showed an $8.50 value. It seems hard to comprehend that there is no intrinsic value to a Trust that owns major hotel chains around the country. Why are the shareholders taking the brunt of the bankruptcy? Why is management being rewarded for mismanagement?

What is most disturbing is that no one is representing the shareholders in this matter. We hope you will be sympathetic to our situation and find some relief.

The company states that after the bankruptcy they will continue operations.

The $6.00 CVR may or not be paid to shareholders 5 years down the road if the program becomes profitable. Why should management still be paid substantial sums?

What would make this more palatable to our clients is if they were more properly reimbursed and maintained their shareholder rights and ownership positions in the Trust.

More information will be supplied upon request. Thank you for your concern.

Hillary J Wertlieb, CWS®
Financial Professional

Marc Berger, ChFc
President, Financial Advisor

50 Hempstead Avenue Ste C
Lynbrook, NY 11563

P 516.341.7007  P 855.344.1001
F 516.341.7040

Registered Representative offering securities through American Portfolios Financial Services, Inc., | Member: Finra, SIPC