IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| HOSPITALITY INVESTORS TRUST, INC., *et al.*,[1] | Case No. 21-10831 (CTG) |
| Debtors. | (Jointly Administered) |
| | **Re:  Docket Nos. 7 & 109** |

**NOTICE OF FILING OF BLACKLINE OF JOINT PREPACKAGED CHAPTER 11 PLAN FOR HOSPITALITY INVESTORS TRUST, INC., AND HOSPITALITY INVESTORS TRUST OPERATING PARTNERSHIP, L.P.**

**PLEASE TAKE NOTICE** that, on May 19, 2021, the above-captioned debtors and debtors in possession (the "Debtors"), filed the *Joint Prepackaged Chapter 11 Plan of Hospitality Investors Trust, Inc., and Hospitality Investors Trust Operating Partnership, L.P.* [Docket No. 7] (including all exhibits, schedules, appendices, and supplements thereto, and as amended, modified, and/or supplemented the "Plan") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that, on June 14, 2021, the Debtors filed the conformed *Joint Prepackaged Chapter 11 Plan of Hospitality Investors Trust, Inc., and Hospitality Investors Trust Operating Partnership, L.P.* [Docket No. 109] (the "Conformed Plan").

**PLEASE TAKE FURTHER NOTICE** that, for the convenience of the Court and all parties in interest, a blackline comparison of the Conformed Plan marked against the Plan is attached hereto as **Exhibit 1**.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Hospitality Investors Trust, Inc. (3668); and Hospitality Investors Trust Operating Partnership, L.P. (0136).  The Debtors' executive offices are located at Park Avenue Tower, 65 East 55th Street, Suite 801, New York, NY 10022.

IMPAC 7234902v.1

Dated: June 14, 2021
Wilmington, Delaware

**POTTER ANDERSON & CORROON LLP**

*/s/ R. Stephen McNeill*
Jeremy W. Ryan (DE Bar No. 4057)
R. Stephen McNeill (DE Bar No. 5210)
1313 North Market Street
Wilmington, DE 19801
Telephone:  (302) 984-6000
Facsimile:  (302) 658-1192
Email: jryan@potteranderson.com
       rmcneill@potteranderson.com

-and-

**PROSKAUER ROSE LLP**
Jeff J. Marwil (admitted *pro hac vice*)
Paul V. Possinger (admitted *pro hac vice*)
Jordan E. Sazant (DE Bar No. 6515)
70 West Madison, Suite 3800
Chicago, IL 60602
Telephone:  (312) 962-3550
Facsimile:  (312) 962-3551
Email: jmarwil@proskauer.com
       ppossinger@proskauer.com
       jsazant@proskauer.com

-and-

**PROSKAUER ROSE LLP**
Joshua A. Esses(admitted *pro hac vice*)
Eleven Times Square
New York, NY 10036
Telephone:  (212) 969-3000
Facsimile:  (212) 969-2900
Email:  jesses@proskauer.com

*Attorneys for Debtors and Debtors in Possession*

# **EXHIBIT 1**

IMPAC 7234902v.1