# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>HOSPITALITY INVESTORS TRUST, INC., *et al.,* [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 21-10831 (CTG)<br><br>(Jointly Administered)<br><br>**Ref. Docket No. 120** |

## AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT )
                      ) ss.:
COUNTY OF MIDDLESEX )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as a Director of Client Services by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 21, 2021, I caused to be served the "Notice of Agenda of Matters Scheduled for Hearing on June 23, 2021 at 11:00 A.M. (ET)," dated June 21, 2021 [Docket No. 120], by causing true and correct copies to be:

    a. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A,

    b. delivered via electronic mail to those parties listed on the annexed Exhibit B, and

    c. delivered via electronic mail to the following party: *probinson@ecrp.com.*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Hospitality Investors Trust, Inc. (3668) and Hospitality Investors Trust Operating Partnership, L.P. (0136). The Debtors' executive offices are located at Park Avenue Tower, 65 East 55th Street, Suite 801, New York, NY 10022.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Angharad Bowdler
Angharad Bowdler

Sworn to before me this
22nd day of June, 2021
/s/ Amy E. Lewis
Notary Public, State of Connecticut
Acct. No. 100624
Commission Expires: 8/31/2022

# Exhibit A

| Claim Name | Address Information |
|---|---|
| ALBUQUERQUE PLUMBING HEATING & COOLING | ATTN: PRESIDENT/GENERAL COUNSEL 4300 SECOND STREET NW ALBUQUERQUE NM 87107 |
| ARCTIC ENGINEERING CO., INC. | ATTN: MARIA ARDAGNA 79 MAIN STREET EVERETT MA 02149 |
| CAPITOL DOCUMENT SOLUTIONS LLC | ATTN: PRESIDENT/GENERAL COUNSEL 12115 L PARKLAWN DRIVE ROCKVILLE MD 20852 |
| CC6 INVESTMENT LTD. | C/O BLACKROCK REAL ASSETS - REAL ESTATE ATTN: DAVID KELLY 40 EAST 52ND STREET NEW YORK NY 10022 |
| CC6 INVESTMENT LTD. | C/O BLACKROCK REAL ASSETS - REAL ESTATE ATTN: LAUREN LEIZMAN 40 EAST 52ND STREET NEW YORK NY 10022 |
| CC6 INVESTMENT LTD. | C/O BLACKROCK REAL ASSETS - REAL ESTATE ATTN: PAUL HOROWITZ 40 EAST 52ND STREET NEW YORK NY 10022 |
| CC6 INVESTMENT LTD. | C/O DECHERT LLP ATTN: MATTHEW B. GINSBURG 2929 ARCH STREET PHILADELPHIA PA 19104-2808 |
| CC6 INVESTMENT LTD. | C/O DECHERT LLP ATTN: STEVEN G. KALNOKI 2929 ARCH STREET PHILADELPHIA PA 19104-2808 |
| CC6 INVESTMENT LTD. | C/O MIDLAND LOAN SERVICES ATTN: JESSICA M. LOYD-MULLINS 10851 MASTIN, SUITE 300 OVERLAND PARK KS 66210 |
| CC6 INVESTMENT LTD. | C/O MIDLAND LOAN SERVICES ATTN: MARGARET DEGROAT; RYAN HAGER 10851 MASTIN, SUITE 300 OVERLAND PARK KS 66210 |
| CITIBANK, N.A., ADMIN/COLLATERAL AGENT | ATTN: DAVID K. BOUTON 388 GREENWICH STREET, 8TH FLOOR NEW YORK NY 10013 |
| CITIBANK, N.A., ADMIN/COLLATERAL AGENT | C/O CITIGROUP GLOBAL MARKETS INC. ATTN: MICHAEL PICCIRILLO 388 GREENWICH STREET, 8TH FLOOR NEW YORK NY 10013 |
| CITIBANK, N.A., ADMIN/COLLATERAL AGENT | C/O CITIGROUP GLOBAL MARKETS INC. ATTN: SAAD ZAMAN 388 GREENWICH STREET, 8TH FLOOR NEW YORK NY 10013 |
| CITIBANK, N.A., ADMIN/COLLATERAL AGENT | C/O KEY BANK ATTN: SANJAY J. PATEL 11501 OUTLOOK ST. SUITE 300 OVERLAND PARK KS 66211 |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | COUNSEL TO BROOKFIELD STRATEGIC REAL ESTATE PARTNERS II HOSPITALITY REIT II ATTN: SEAN A. O'NEAL, KARA A. HAILEY, HOORI KIM, TONY RUSSO ONE LIBERTY PLAZA NEW YORK NY 10006 |
| DALTON SERVICE, INC. | ATTN: PRESIDENT/GENERAL COUNSEL 1220 SOUTH THORNTON AVE PO BOX 968 DALTON GA 30722-0968 |
| DELAWARE DIVISION OF REVENUE | ATTN: ZILLAH FRAMPTON 820 N. FRENCH STREET WILMINGTON DE 19801 |
| DELAWARE STATE TREASURY | 820 SILVER LAKE BLVD., SUITE 100 DOVER DE 19904 |
| DISTRICT OF DELAWARE | HERCULES BUILDING U.S. ATTORNEYS OFFICE 1313 N MARKET STREET WILMINGTON DE 19801 |
| FRIEDRICH AIR CONDITIONING CO. LTD | ATTN: PRESIDENT/GENERAL COUNSEL 10001 REUNION PL 500 SAN ANTONIO TX 78216 |
| GUEST SUPPLY LLC | ATTN: PRESIDENT/GENERAL COUNSEL 300 DAVIDSON AVENUE SOMERSET NJ 08875 |
| HUNTON ANDREWS KURTH LLP | ATTN: WENDELL L. TAYLOR 2200 PENNSLYVANIA AVENUE NW WASHINGTON DC 20037 |
| INTERNAL REVENUE SERVICES | CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICES | DEPARTMENT OF THE TREASURY 1500 PENNSYLVANIA AVENUE, N.W. WASHINGTON DC 20220 |
| K&L GATES LLP | COUNSEL TO NONGHYUP BANK ATTN: TRAVIS POWERS ONE NEWARK CENTER, 10TH FL 1085 RAYMOND BOULEVARD NEWARK NJ 07102 |
| KEITH LAWSON SERVICES, LLC | ATTN: PRESIDENT/GENERAL COUNSEL 4557 CAPITAL CIR NW TALLAHASSEE FL 32303 |
| LEGACY HEATING & AIR CONDITIONING | ATTN: PRESIDENT/GENERAL COUNSEL 6502 BLUFFTON ROAD FORT WAYNE IN 46809 |
| LG FULFILLMENT-PONTE VEDRA BEACH FLORIDA | ATTN: PRESIDENT/GENERAL COUNSEL 1102 A1A NORTH, SUITE 205 PONTE VEDRA BEACH FL 32082 |
| MARYLAND MECHANICAL SYSTEMS INC. | ATTN: PRESIDENT/GENERAL COUNSEL 300 SOUTH HAVEN STREET BALTIMORE MD 21224 |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | COUNSEL TO HARTFORD FIRE INSURANCE ATTN: MICHAEL R. MORANO 1300 MT. KEMBLE AVE MORRISTOWN NJ 07962-2075 |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | COUNSEL TO HARTFORD FIRE INSURANCE ATTN GARY D. BRESSLER 300 DELAWARE AVE, STE 770 WILMINGTON DE 19801 |
| NC GARNET FUND, L.P. | C/O BLACKROCK REAL ASSETS - REAL ESTATE ATTN: DAVID KELLY 40 EAST 52ND STREET NEW YORK NY 10022 |
| NC GARNET FUND, L.P. | C/O BLACKROCK REAL ASSETS - REAL ESTATE ATTN: LAUREN LEIZMAN 40 EAST 52ND |

| Claim Name | Address Information |
|---|---|
| NC GARNET FUND, L.P. | STREET NEW YORK NY 10022 |
| NC GARNET FUND, L.P. | C/O BLACKROCK REAL ASSETS – REAL ESTATE ATTN: PAUL HOROWITZ 40 EAST 52ND STREET NEW YORK NY 10022 |
| NC GARNET FUND, L.P. | C/O DECHERT LLP ATTN: MATTHEW B. GINSBURG 2929 ARCH STREET PHILADELPHIA PA 19104-2808 |
| NC GARNET FUND, L.P. | C/O DECHERT LLP ATTN: STEVEN G. KALNOKI 2929 ARCH STREET PHILADELPHIA PA 19104-2808 |
| NC GARNET FUND, L.P. | C/O MIDLAND LOAN SERVICES ATTN: JESSICA M. LOYD-MULLINS 10851 MASTIN, SUITE 300 OVERLAND PARK KS 66210 |
| NC GARNET FUND, L.P. | C/O MIDLAND LOAN SERVICES ATTN: MARGARET DEGROAT; RYAN HAGER 10851 MASTIN, SUITE 300 OVERLAND PARK KS 66210 |
| NONGHYUP BANK, AS THE TRUSTEE | C/O KEYBANK REAL ESTATE CAPITAL ATTN: LAUREN HOLDERMAN 1200 ABERNATHY RD STE 1550 ATLANTA GA 30328-5601 |
| NONGHYUP BANK, AS THE TRUSTEE | C/O KEYBANK SPECIAL SERVICING ATTN: MIKE JENKINS 11501 OUTLOOK STREET, SUITE 300 OVERLAND PARK KS 66211 |
| NONGHYUP BANK, AS THE TRUSTEE | C/O KEYCORP R.E. CAPITAL MARKETS, INC. ATTN: SETH A. SMITH 11501 OUTLOOK STREET, SUITE 300 OVERLAND PARK KS 66211 |
| OFFICE OF THE UNITED STATES ATTORNEY | DISTRICT OF DELAWARE ATTN: DAVID C. WEISS C/O ELLEN SLIGHTS 1313 N. MARKET STREET WILMINGTON DE 19801 |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JOSEPH J. MCMAHON, JR. 844 KING ST, STE 2207 LOCKBOX 35 WILMINGTON DE 19801 |
| PEACH STATE ROOFING, INC. | ATTN: PRESIDENT/GENERAL COUNSEL 1655-A SPECTRUM DRIVE LAWRENCEVILLE GA 30043 |
| POLSINELLI PC | COUNSEL TO WELLS FARGO BANK, NA, U.S. BANK, NA ATTN: CHRISTOPHER A. WARD 222 DELAWARE AVENUE, SUITE 1101 WILMINGTON DE 19801 |
| POLSINELLI PC | COUNSEL TO WELLS FARGO BANK, NA ATTN: BRETT D. ANDERS 900 W. 48TH PLACE, SUITE 900 KANSAS CITY MO 64112 |
| POLSINELLI PC | COUNSEL TO WELSS FARGO BANK, NA ATTN: JOHN T. DUNCAN III 2950 N. HARWOOD STREET, SUITE 2100 DALLAS TX 75201 |
| POLSINELLI PC | COUNSEL TO U.S. BANK, NA ATTN: MICHAEL B. HICKMAN 1401 LAWRENCE STREET, STE 2300 DENVER CO 80202 |
| POWER OUTAGE SERVICES COMPANY, LLC | ATTN: PRESIDENT/GENERAL COUNSEL 461 BOSTON STREET UNIT E1 TOPSFIELD MA 01983 |
| SECRETARY OF STATE | DIVISION OF CORPORATIONS FRANCHISE TAX PO BOX 898 DOVER DE 19903 |
| SECURITIES & EXCHANGE COMM-NY OFFICE | ATTN: BANKRUPTCY DEPARTMENT 200 VESEY STREET, SUITE 400 NEW YORK NY 10281 |
| SECURITIES & EXCHANGE COMM-PHILA. OFFICE | ATTN: BANKRUPTCY DEPARTMENT ONE PENN CENTER 1617 JFK BOULEVARD, SUITE 520 PHILADELPHIA PA 19103 |
| SECURITIES & EXCHANGE COMMISSION | 100 F STREET, NE WASHINGTON DC 20549 |
| STATE OF CALIFORNIA ATTORNEY GENERAL | ATTN: XAVIER BECERRA PO BOX 944255 SACRAMENTO CA 94244-2550 |
| STATE OF CALIFORNIA ATTORNEY GENERAL | ATTN: XAVIER BECERRA 1300 I ST, STE 1740 SACRAMENTO CA 95814-2919 |
| STATE OF MARYLAND ATTORNEY GENERAL | ATTN: BRIAN E. FROSH 200 ST PAUL PLACE BALTIMORE MD 21202 |
| STATE OF NEW YORK ATTORNEY GENERAL | ATTN: LETITIA A. JAMES DEPT. OF LAW THE CAPITOL, 2ND FL ALBANY NY 12224-0341 |
| STATE OF VIRGINIA ATTORNEY GENERAL | ATTN: MARK R. HERRING 202 N NINTH ST RICHMOND VA 23219 |
| TRIMONT REAL ESTATE ADVISORS LLC | C/O THOMPSONKNIGHT ATTN: MICHAEL V. BLUMENTHAL 900 THIRD AVENUE, 20TH FLOOR NEW YORK NY 10022 |
| U.S. BANK, N.A., AS TRUSTEE | C/O MIDLAND LOAN SERVICES ATTN: ANDY RAMSEY; DOUG BONCZYNSKI 10851 MASTIN, SUITE 300 OVERLAND PARK KS 66210 |
| U.S. BANK, N.A., AS TRUSTEE | C/O POLSINELLI PC ATTN: MICHAEL B. HICKMAN 1401 LAWRENCE STREET, SUITE 2300 DENVER CO 80202 |
| U.S. DEPARTMENT OF JUSTICE | ATTN: BANKRUPTCY DEPT 950 PENNSYLVANIA AVENUE, NW WASHINGTON DC 20530-0001 |
| WELLS FARGO BANK, N.A. AS TRUSTEE | C/O KEYBANK REAL ESTATE CAPITAL ATTN: LAUREN HOLDERMAN 1200 ABERNATHY RD STE 1550 ATLANTA GA 30328-5601 |
| WELLS FARGO BANK, N.A. AS TRUSTEE | C/O KEYBANK SPECIAL SERVICING ATTN: MIKE JENKINS 11501 OUTLOOK STREET, SUITE 300 OVERLAND PARK KS 66211 |

| Claim Name | Address Information |
|---|---|
| WELLS FARGO BANK, N.A. AS TRUSTEE | C/O KEYCORP R.E. CAPITAL MARKETS, INC. ATTN: SETH A. SMITH 11501 OUTLOOK STREET, SUITE 300 OVERLAND PARK KS 66211 |
| WILMINGTON TRUST, N.A., AS TRUSTEE | C/O WELLS FARGO BANK COMMERCIAL MORTGAGE ATTN: REGGIE SMITH 401 S. TRYON STREET, 8TH FLOOR CHARLOTTE NC 28202 |
| WILMINGTON TRUST, N.A., AS TRUSTEE | C/O WELLS FARGO COMMERCIAL MORTGAGE ATTN: JOSEPH OLZEWSKI 401 SOUTH TRYON STREET, 8TH FLOOR CHARLOTTE NC 28202 |
| WILMINGTON TRUST, N.A., AS TRUSTEE | C/O LNR PARTNERS, LLC ATTN: JOSEF BITTMAN, ASSET MANAGER 1601 WASHINGTON AVENUE, SUITE 700 MIAMI BEACH FL 33139 |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | COUNSEL TO BROOKFIELD STRATEGIC REAL ESTATE PARTNERS II HOSPITALITY REIT II ATTN: PAULINE K. MORGAN, JAIME LUTON CHAPMAN, ASHLEY E. JACOBS RODNEY SQ, 1000 NORTH KING STREET WILMINGTON DE 19801 |

**Total Creditor count  69**

# Hospitality Investors Trust
## Service List

| Claim Name | Address Information |
|---|---|
| AMERICAN PORTFOLIOS | HILLARY J WERTLIEB, MARC BERGER 50 HEMPSTEAD AVE, STE C LYNBROOK NY 11563 |
| KATHLEEN A WARD | 644 AVENUE H BOULDER CITY NV 89005 |
| NAOMI MASTRACCHIO | 7717 SUTTER AVE OZONE PARK NY 11417 |
| NAOMI MASTRACCHIO | C/O ANTHONY MOSSA AVANTAX INVESTMENT SERVICES 10530 CROSSBAY BLVD OZONE PARK NY 11417 |
| PAUL W ROBINSON | 409 WARREN AVENUE BALTIMORE MD 21230 |

**Total Creditor count 5**

**Exhibit B**

HOSPITALITY INVESTORS TRUST, INC., et al.,
CASE NO. 21-10831 (CTG)
ELECTRONIC MAIL MASTER SERVICE LIST

| CREDITOR NAME | EMAIL ADDRESS |
|---|---|
| ALBUQUERQUE PLUMBING HEATING & COOLING | INFO@ABQPLUMBING.COM; |
| CAPITOL DOCUMENT SOLUTIONS LLC | INFO@CAPITOLDS.COM; |
| CC6 INVESTMENT LTD. | PAUL.HOROWITZ@BLACKROCK.COM; |
| CC6 INVESTMENT LTD. | LAUREN.LEIZMAN@BLACKROCK.COM; |
| CC6 INVESTMENT LTD. | DAVID.KELLY@BLACKROCK.COM; |
| CC6 INVESTMENT LTD. | STEVEN.KALNOKI@DECHERT.COM; |
| CC6 INVESTMENT LTD. | MATTHEW.GINSBURG@DECHERT.COM; |
| CC6 INVESTMENT LTD. | MARGARET.DEGROAT@MIDLANDLS.COM; |
| CITIBANK, N.A., ADMIN/COLLATERAL AGENT | DAVID.BOUTON@CITI.COM; |
| CITIBANK, N.A., ADMIN/COLLATERAL AGENT | SAAD.ZAMAN@CITI.COM; |
| CITIBANK, N.A., ADMIN/COLLATERAL AGENT | MICHAEL.PICCIRILLO@CITI.COM; |
| CITIBANK, N.A., ADMIN/COLLATERAL AGENT | SANJAY_J_PATEL@KEYBANK.COM; |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | SONEAL@CGSH.COM; KHAILEY@CGSH.COM; HOKIM@CGSH.COM; TJRUSSO@CGSH.COM;; |
| DELAWARE DIVISION OF REVENUE | FASNOTIFY@STATE.DE.US; |
| DELAWARE STATE TREASURY | STATETREASURER@STATE.DE.US; |
| DISTRICT OF DELAWARE | USADE.PRESS@USDOJ.GOV; |
| FRIEDRICH AIR CONDITIONING CO. LTD | TAC@FRIEDRICH.COM; |
| GUEST SUPPLY LLC | INFO@GUESTWORLDWIDE.COM; |
| HOSPITALITY INVESTORS TRUST | CASENOTICES@HITREIT.COM; |
| HUNTON ANDREWS KURTH LLP | WTAYLOR@HUNTONAK.COM; |
| K&L GATES LLP | TRAVIS.POWERS@KLGATES.COM; |
| KEITH LAWSON SERVICES, LLC | SERVICE@KEITHLAWSON.COM; |
| LEGACY HEATING & AIR CONDITIONING | ADMIN@LEGACYHEATING.COM; V.GRIFFIN@LEGACYHEATING.COM; |
| LG FULFILLMENT-PONTE VEDRA BEACH FLORIDA | SALES@LGFULFILLMENT.COM; |
| MARYLAND MECHANICAL SYSTEMS INC. | INFO@MARYMEC.COM; |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | GBRESSLER@MDMC-LAW.COM; MMORANO@MDMC-LAW.COM |
| NC GARNET FUND, L.P. | PAUL.HOROWITZ@BLACKROCK.COM; |
| NC GARNET FUND, L.P. | LAUREN.LEIZMAN@BLACKROCK.COM; |
| NC GARNET FUND, L.P. | DAVID.KELLY@BLACKROCK.COM; |
| NC GARNET FUND, L.P. | STEVEN.KALNOKI@DECHERT.COM; |
| NC GARNET FUND, L.P. | MATTHEW.GINSBURG@DECHERT.COM; |
| NC GARNET FUND, L.P. | MARGARET.DEGROAT@MIDLANDLS.COM; |
| NONGHYUP BANK, AS THE TRUSTEE | MIKE_JENKINS@KEYBANK.COM; |
| NONGHYUP BANK, AS THE TRUSTEE | SETH_A_SMITH@KEYBANK.COM; |
| OFFICE OF THE UNITED STATES ATTORNEY | USADE.ECFBANKRUPTCY@USDOJ.GOV; ELLEN.SLIGHTS@USDOJ.GOV; |
| OFFICE OF THE UNITED STATES TRUSTEE | JOSEPH.MCMAHON@USDOJ.GOV; |
| PEACH STATE ROOFING, INC. | INFO@PEACHSTATEINC.COM; |
| POLSINELLI PC | CWARD@POLSINELLI.COM; BANDERS@POLSINELLI.COM; JDUNCAN@POLSINELLI.COM; MHICKMAN@POLSINELLI.COM |
| POWER OUTAGE SERVICES COMPANY, LLC | INFO@POWEROUT.US; |
| SECRETARY OF STATE | DOSDOC_FTAX@STATE.DE.US; DOSDOC_BANKRUPTCY@STATE.DE.US; |
| SECURITIES & EXCHANGE COMM - NY OFFICE | BANKRUPTCYNOTICESCHR@SEC.GOV; NYROBANKRUPTCY@SEC.GOV; BANKRUPTCYNOTICESCHR@SEC.GOV; |
| SECURITIES & EXCHANGE COMM - PHILA. OFFICE | SECBANKRUPTCY@SEC.GOV; PHILADELPHIA@SEC.GOV; |
| SECURITIES & EXCHANGE COMMISSION | HELP@SEC.GOV; |
| STATE OF MARYLAND ATTORNEY GENERAL | OAG@OAG.STATE.MD.US; |
| TRIMONT REAL ESTATE ADVISORS LLC (DIP AGENT) | MICHAEL.BLUMENTHAL@TKLAW.COM; |
| U.S. BANK, N.A., AS TRUSTEE | ANDREW.RAMSEY@MIDLANDLS.COM; DOUG.BONCZYNSKI@PNC.COM; ERIC.DOMINO@MIDLANDLS.COM; SHANE.D.HILL@MIDLANDLS.COM; |
| U.S. BANK, N.A., AS TRUSTEE | MHICKMAN@POLSINELLI.COM; |
| U.S. DEPARTMENT OF JUSTICE | CIVIL.FEEDBACK@USDOJ.GOV; |
| WELLS FARGO BANK, N.A. AS TRUSTEE | MIKE_JENKINS@KEYBANK.COM; |
| WELLS FARGO BANK, N.A. AS TRUSTEE | SETH_A_SMITH@KEYBANK.COM; |
| WILMINGTON TRUST, N.A., AS TRUSTEE | JBITTMAN@LNRPARTNERS.COM; |

HOSPITALITY INVESTORS TRUST, INC., et al.,
CASE NO. 21-10831 (CTG)
ELECTRONIC MAIL MASTER SERVICE LIST

| CREDITOR NAME | EMAIL ADDRESS |
| --- | --- |
| WILMINGTON TRUST, N.A., AS TRUSTEE | REGGIE.SMITH@WELLSFARGO.COM; JOHN-DAVID.VANDERWERF@WELLSFARGO.COM; |
| WILMINGTON TRUST, N.A., AS TRUSTEE | JOSEPH.J.OLZEWSKI@WELLSFARGO.COM; |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | PMORGAN@YCST.COM; JCHAPMAN@YCST.COM; AJACOBS@YCST.COM; |