## UNITED STATES BANKRUPTCY COURT

_____ DISTRICT OF DELAWARE

In re: Hospitality Investors Trust, Inc.

Debtor(s)

Case No. 21-10831

Lead Case No. 21-10831

☒ Jointly Administered

# Post-confirmation Report

Chapter 11

Quarter Ending Date: 09/10/2021

Petition Date: 05/19/2021

Plan Confirmed Date: 06/23/2021

Plan Effective Date: 06/30/2021

This Post-confirmation Report relates to: ⦿ Reorganized Debtor
◯ Other Authorized Party or Entity: _____
Name of Authorized Party or Entity

/s/ R. Stephen McNeill
Signature of Responsible Party

10/12/2021
Date

R. Stephen McNeill
Printed Name of Responsible Party

Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, DE 19801
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name Hospitality Investors Trust, Inc.                             Case No. 21-10831

## Part 1: Summary of Post-confirmation Transfers

|  | Current Quarter | Total Since Effective Date |
|---|---:|---:|
| a. Total cash disbursements | $998 | $998 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $998 | $998 |

## Part 2: Preconfirmation Professional Fees and Expenses

|  |  |  | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---:|---:|---:|---:|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor | Aggregate Total | $829,855 | $829,855 | $0 | $0 |
|  | *Itemized Breakdown by Firm* | | | | | |
|  | Firm Name | Role | | | | |
| i | Proskauer Rose LLP | Lead Counsel | $700,642 | $700,642 | $0 | $0 |
| ii | Potter Anderson & Corroon LL | Co-Counsel | $129,213 | $129,213 | $0 | $0 |

|  |  |  | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---:|---:|---:|---:|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor | Aggregate Total | $5,532,857 | $5,532,857 | $0 | $0 |
|  | *Itemized Breakdown by Firm* | | | | | |
|  | Firm Name | Role | | | | |
| i | Jefferies LLC | Financial Professional | $5,532,360 | $5,532,360 | $0 | $0 |
| ii | Epiq Corporate Restructuring L | Other | $497 | $497 | $0 | $0 |
| c. | All professional fees and expenses (debtor & committees) | | $6,362,712 | $6,362,712 | $0 | $0 |

## Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan

|  | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---:|---:|---:|---:|---:|
| a. Administrative claims | $6,362,712 | $0 | $0 | $6,362,712 | 0% |
| b. Secured claims | $0 | $0 | $0 | $0 | 0% |
| c. Priority claims | $0 | $0 | $0 | $0 | 0% |
| d. General unsecured claims | $0 | $0 | $0 | $0 | 0% |
| e. Equity interests | $0 | $0 | $0 | | |

## Part 4: Questionnaire

a. Is this a final report?                                               Yes ● No ○
    If yes, give date Final Decree was entered:        07/01/2021
    If no, give date when the application for Final Decree is anticipated: _____
b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?   Yes ● No ○

| | |
|---|---|
| Debtor's Name Hospitality Investors Trust, Inc. | Case No. 21-10831 |

3

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

| | |
|---|---|
| /s/ Bruce A. Riggins | Bruce A. Riggins |
| Signature of Responsible Party | Printed Name of Responsible Party |
| President and Chief Financial Officer | 10/12/2021 |
| Title | Date |